Hearing set for 10:00 AM  
Hearing start at 10:18 AM  
Hearing ended at 10:47 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero            Date: July 31, 2018

COURT REPORTER: Lisa O'Brien               Case CR-17-0621 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA G. Andrew Massucco |
| vs. | |
| GERARDO RODRIGUEZ-GUZMAN (5) | Mariangela Tirado, Esq. |
| LUIS CATANO-LANDAN (6) | Laura Maldonado, Esq. |
| PEDRO J. CARRASQUILLO (7) | Jose B. Velez, Esq. |
| CARLOS J. REYES-ROSARIO (8) | Jason Gonzalez, Esq. |
| CHRISTOPHER RIVERA-GOMEZ (10) | Jose L. Novas, Esq. |
| JOSHUAN CASANOVA-LOPEZ (11) | Jose C. Romo, Esq. |
| JAVIER J. SUAREZ-ALVAREZ (12) | Victor M. Chico, Esq. |
| PEDRO X. MONTANEZ (13) | Ramon M. Gonzalez, Esq. |
| ALEXIS PEREZ-MELENDEZ (14) | Juan F. Matos, Esq. |
| JESUS TORRES-COSS (15) | Marie L. Cortes, Esq. |
| CARLOS ZAYAS-RODRIGUEZ (17) | Jason Gonzalez, Esq. |
| JUAN G. DIAZ-COLON (18) | Miguel A. Rodriguez, Esq. |
| GREGORIO ANGULO-ROSA (19) | Miguel Oppenheimer, Esq. |
| ANGEL BETANCOURT-FLORES (20) | Juan E. Alvarez, Esq. |
| LUIS M. HERNANDEZ-RAMOS (21) | Jose R. Gaztambided, Esq. |
| KENNETH CEDENO-RODRIGUEZ (22) | Johnny Rivera, Esq. |
| ANGEL M. RUIZ-ROBLES (24) | Luis A. Guzman, Esq. |
| EMMANUEL FIGUEROA-CENTENO (26) | Juan A. Albino, Esq. |
| LUIS J. MARRERO-ORTIZ (27) | Wilfredo Rios, Esq. |
| REYNALDO RIOS-RODRIGUEZ (28) | Marta T. Rey, Esq. |
| JESEIKEN RODRIGUEZ-VAZQUEZ (29) | Saul Roman, Esq. |
| JUAN C. CLAUDIO-CERVERA (30) | Jorge E. Vega, Esq. |
| JOSE PADILLA-SANTIAGO (32) | Kendys Pimentel, Esq. |
| CHRISTIAN CENTENO-ROSADO (33) | Fernando O. Zambrana, Esq. |
| CHRISTIAN ROLDAN-COLON (34) | Eduardo Ferrer, Esq. |
| KESIA GONZALEZ-CLAUDIO (35) | David Ramos, Esq. |
| JEAN P. BENITEZ-REYES (36) | Jose A. Arce-Diaz, Esq. |
| CARLOS PEDRAZA-VAZQUEZ (38) | Luis A. Rodriguez, Esq. |
| JONATHAN HERNANDEZ-FLORES (39) | Ian Carlos Garcia, Esq. |

Hearing set for 10:00 AM
Hearing start at 10:18 AM
Hearing ended at 10:47 AM

| | |
|---|---|
| JORGE L. ROQUE-CRUZ (41) | David J. Colon, Esq. |
| EMANUEL DIAZ-MARTINEZ (42) | Melanie Carrillo, Esq. |
| VICTOR REYES-SANTIAGO (43) | Antonio L. Bisbal, Esq. |
| ERNESTO AROCHE-RIVERA (44) | Diana Lopez, Esq. |

===============================================================

**FURTHER STATUS CONFERENCE HELD.**

The Court authorized the following substitutions: Attorney Saul Roman for Attorney Laura Maldonado; Attorney Jose Arce for Attorney Novas; Attorney Juan Albino for Attorneys Victor Chico and Marta Rey; Attorney Jason Gonzalez for Attorneys Juan Alvarez and David Colon; Attorney Johnny Rivera for Attorney Kendys Pimentel and Attorney Mariangela Tirado for Attorney Fernando Zambrana.

- Following defendants remain fugitives in this case. Defendants 1, 2, 3, 4, 9, 16, 23, 25, 31, 37 and 40.

- The Court was informed the status of the case.

- Foster Hearing as to co-defendants Carlos Reyes Rosario (8) and Carlos Zayas Rodriguez (17) to be set.

- Government advised that third set of discovery made available by USAFX. Government has also met with some defense attorneys to provide proffer as to the client's involvement.

- Government should file informative motion as to who will be AUSA designated in this case.

- Defense attorneys expressed their concern on how they will be able to review the voluminous discovery with their clients.

- The Court set a committee of defense Attorneys Mariangela Tirado, Jason Gonzalez, Johnny Rivera, Diana Lopez and Ramon Gonzalez to discuss and provide viable solution for discovery review. Motion informing what solution the defense attorneys have agreed as to discovery review to be filed.

- United States Government advised the Court that voluminous discovery would take approximately 40 hours for counsel to review.

Hearing set for 10:00 AM<br>Hearing start at 10:18 AM<br>Hearing ended at 10:47 AM

- The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference as case is multi-defendant and voluminous discovery.

**Further Conference set 10/30/2018 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez.**

<u>S/ Ana M. Romero</u><br>
Ana M. Romero<br>
Courtroom Deputy Clerk