Hearing set for 10:00 AM
Hearing start at 10:27 AM
Hearing ended at 10:49 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero         Date: October 30, 2018

COURT REPORTER: Lisa O'Brien              Case CR-17-0621 (DRD)

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | SAUSA Nadia Pineda |
| vs. | |
| GERARDO RODRIGUEZ-GUZMAN (5) | Mariangela Tirado, Esq. |
| LUIS CATANO-LANDAN (6) | Laura Maldonado, Esq. |
| PEDRO J. CARRASQUILLO (7) | Jose B. Velez, Esq. |
| CARLOS J. REYES-ROSARIO (8) | Jason Gonzalez, Esq. |
| CHRISTOPHER RIVERA-GOMEZ (10) | Jose L. Novas, Esq. |
| JOSHUAN CASANOVA-LOPEZ (11) | Jose C. Romo, Esq. |
| JAVIER J. SUAREZ-ALVAREZ (12) | Victor M. Chico, Esq. |
| PEDRO X. MONTANEZ (13) | Ramon M. Gonzalez, Esq. |
| ALEXIS PEREZ-MELENDEZ (14) | Juan F. Matos, Esq. |
| JESUS TORRES-COSS (15) | Marie L. Cortes, Esq. |
| JONATHAN TORRES-COSS (16) | Lillian N. Miranda, Esq. |
| CARLOS ZAYAS-RODRIGUEZ (17) | Jason Gonzalez, Esq. |
| JUAN G. DIAZ-COLON (18) | Miguel A. Rodriguez, Esq. |
| GREGORIO ANGULO-ROSA (19) | Miguel Oppenheimer, Esq. |
| ANGEL BETANCOURT-FLORES (20) | Juan E. Alvarez, Esq. |
| LUIS M. HERNANDEZ-RAMOS (21) | Jose R. Gaztambided, Esq. |
| KENNETH CEDENO-RODRIGUEZ (22) | Johnny Rivera, Esq. |
| ANGEL M. RUIZ-ROBLES (24) | Luis A. Guzman, Esq. |
| EMMANUEL FIGUEROA-CENTENO (26) | Juan A. Albino, Esq. |
| LUIS J. MARRERO-ORTIZ (27) | Wilfredo Rios, Esq. |
| REYNALDO RIOS-RODRIGUEZ (28) | Marta T. Rey, Esq. |
| JESEIKEN RODRIGUEZ-VAZQUEZ (29) | Saul Roman, Esq. |
| JUAN C. CLAUDIO-CERVERA (30) | Jorge E. Vega, Esq. |
| ONIX ROSARIO-DELGADO (31) | Julie A. Soderlund, Esq. |
| JOSE PADILLA-SANTIAGO (32) | Kendys Pimentel, Esq. |
| CHRISTIAN CENTENO-ROSADO (33) | Fernando O. Zambrana, Esq. |
| CHRISTIAN ROLDAN-COLON (34) | Eduardo Ferrer, Esq. |
| KESIA GONZALEZ-CLAUDIO (35) | David Ramos, Esq. |
| JEAN P. BENITEZ-REYES (36) | Jose A. Arce-Diaz, Esq. |

Hearing set for 10:00 AM<br>
Hearing start at 10:27 AM<br>
Hearing ended at 10:49 AM

| | |
|---|---|
| CARLOS PEDRAZA-VAZQUEZ (38) | Luis A. Rodriguez, Esq. |
| JONATHAN HERNANDEZ-FLORES (39) | Ian Carlos Garcia, Esq. |
| JORGE L. ROQUE-CRUZ (41) | David J. Colon, Esq. |
| EMANUEL DIAZ-MARTINEZ (42) | Melanie Carrillo, Esq. |
| VICTOR REYES-SANTIAGO (43) | Antonio L. Bisbal, Esq. |
| ERNESTO AROCHE-RIVERA (44) | Diana Lopez, Esq. |

===============================================================

**FURTHER STATUS CONFERENCE HELD.**

The Court authorized the following substitutions: Attorney Saul Roman for Attorney Laura Maldonado; Attorney Ramon Gonzalez for Attorney Jose Novas; Attorney Miguel Oppenheimer for Attorney Jose Romo; Attorney Antonio Bisbal for Attorney Victor Chico; Attorney Marie Cortes for Attorney Luis Rodriguez and Attorney Johnny Rivera for Attorneys David Ramos, Jorge Vega and Juan Alvarez.

- Following defendants remain fugitives in this case. Defendants 1, 2, 3, 4, 9, 23, 25, 37 and 40.

- The Court was informed the status of the case.

- Government advised that discovery was provided, and she is in the process of meeting with defense attorneys to provide proffer as to the client's involvement.

- The Court set deadline for United States Government to provide any pending drug lab report no later than December 30, 2018.30, 2018.

- Defense attorneys expressed their concern to review voluminous discovery with clients that are housed outside of jurisdiction.

- Attorney Gaztambide, on behalf of the attorney panel, informed that ninety days will be reasonable amount of time to continue with discovery review and proffer meetings.

- The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference as case is multi-defendant and voluminous discovery.

Hearing set for 10:00 AM
Hearing start at 10:27 AM
Hearing ended at 10:49 AM

**Further Conference set 02/01/2019 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez.**

*S/ Ana M. Romero*
Ana M. Romero
Courtroom Deputy Clerk