*3:17-CR-00621 USA v. Torres-*

| Def No | Defendant Name | Attorney | Attorney Signature |
|---|---|---|---|
| 0 | USA | Nadia Y. Pineda-Perez | |
| 1 | Nelson Torres- | | |
| 2 | Wilfredo Maldonado-Rios | | |
| 3 | Juan Blanco-Melendez | | |
| 4 | Pedro Jose Pomales | | |
| 5 | Gerardo Rodriguez-Guzman | Mariangela Tirado-Vales | *Mariangela Tirado Vales* |
| 6 | Luis Catano-Landan | Laura Maldonado- | *Laura Maldonado* |
| 7 | Pedro J. Carrasquillo | Jose B. Velez-Goveo | |
| 8 | Carlos J. Reyes-Rosario | Edgar L. Sanchez-Mercado | *[signature]* |
| 9 | Jose Luis Gonzalez-De Jesus | | |
| 10 | Christopher Rivera-Gomez | Jose L. Novas-Debien | sub. |
| 11 | Joshuan Casanova-Lopez | Jose C. Romo-Matienzo | *Antonio Bishal for* |
| 12 | Javier J. Suarez-Alvarez | Hector J. Dauhajre- | *Antonio Bishal* |
| 13 | Pedro Xavier | Ramon M Gonzalez- | *Antonio Bishal for* |
| 14 | Alexis Perez-Melendez | Juan F. Matos-De-Juan | *Edgar Sanchez for* |
| 15 | Jesus Torres-Coss | Marie L. Cortes-Cortes | *Laura Maldonado for* |
| 16 | Jonathan Torres-Coss | Lillian N. Miranda- | sub. |
| 17 | Carlos Zayas- | Jason Gonzalez-Delgado | *Antonio Bishal for* |
| 18 | Juan G. Diaz-Colon | Miguel A. Rodriguez- | *Miguel [signature]* |

| #  | Defendant | Attorney | Signature/Notes |
|----|-----------|----------|-----------------|
| 19 | Gregorio Angulo-Rosa | Miguel Oppenheimer | Edgar Sanchez sub. |
| 20 | Angel Betancourt- | Juan E. Alvarez-Cobian | |
| 21 | Luis M. Hernandez-Ramos | Jose R. Gaztambide-Aneses | |
| 22 | Kenneth Cedeno-Rodriguez | Johnny Rivera-Gonzalez | |
| 23 | Edwin Padilla-Lopez | | |
| 24 | Angel M. Ruiz-Robles | Luis A. Guzman-Dupont | |
| 24 | Angel M. Ruiz-Robles | Alex Omar Rosa-Ambert | Edgar Sanchez Exc. |
| 25 | Felix A. Rosario- | Leonardo M. Aldridge | |
| 26 | Emmanuel Figueroa-Centeno | Juan A. Albino-Gonzalez | |
| 27 | Luis Joel Marrero-Ortiz | Wilfredo Rios-Mendez | present. |
| 28 | Reynaldo Rios-Rodriguez | Marta T. Rey-Cacho | Marta Rey |
| 29 | Jeseiken Rodriguez-Vazquez | Saul Roman-Santiago | for. |
| 30 | Juan C. Claudio- | Jorge E. Vega-Pacheco | |
| 31 | Onix Rosario-Delgado | Julie A. Soderlund | Antonio Bishol for |
| 32 | Jose Padilla-Santiago | Kendys Pimentel-Soto | Exc. |
| 33 | Christian Centeno-Rosado | Fernando Omar Zambrana-Aviles | Exc. |
| 34 | Christian Roldan- | Eduardo Ferrer-Rios | |
| 35 | Kesia Gonzalez- | David Ramos-Pagan | |
| 36 | Jean Pierre Benitez-Reyes | Jose Agustin Arce-Diaz | Present |
| 37 | Jorge L. Nieves-Colon | Anita Hill-Adames | Antonio Bishol for |

| | | | |
|---|---|---|---|
| 38 | Carlos Pedraza- | Luis A. Rodriguez-Munoz | Antonio Bisbal for [signature] |
| 39 | Jonathan Hernandez-Flores | Ian Carlos Garcia-Ferreras | |
| 40 | Ricardo Abel Rivera-Santos | Benito I. Rodriguez-Masso | By: [signature] |
| 41 | Jorge L. Roque-Cruz | David J. Colon-Almenas | Present. |
| 42 | Emanuel Diaz- | Melanie Carrillo-Jimenez | Nb. |
| 43 | Victor Reyes-Santiago | Antonio L. Bisbal-Bultron | [signature] |
| 44 | Ernesto Aroche- | Diana Lopez-Feliciano | Antonio Bisbal for [signature] |
| 8888 | US Probation Office | | |
| | | TOTAL | 47 |