Hearing set for 2:30 PM
Hearing start at 2:33 PM
Hearing ended at 2:47 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero          Date: April 17, 2019

COURT REPORTER: Lisa O'Brien             Case CR-17-0621 (DRD)

|  |  |
|---|---|
|  | Attorneys: |
| UNITED STATES OF AMERICA | AUSA Juan Reyes |
| vs. |  |
| [5] GERARDO RODRIGUEZ-GUZMAN | Mariangela Tirado, Esq.* |
| [6] LUIS CATANO-LANDAN | Laura Maldonado, Esq.* |
| [7] PEDRO J. CARRASQUILLO | Jose B. Velez, Esq. |
| [8] CARLOS J. REYES-ROSARIO | Edgar Sanchez, Esq.* |
| [10] CHRISTOPHER RIVERA-GOMEZ | Jose L. Novas, Esq.* |
| [11] JOSHUAN CASANOVA-LOPEZ | Jose C. Romo, Esq. |
| [12] JAVIER J. SUAREZ-ALVAREZ | Hector Dauhajre, Esq. |
| [13] PEDRO X. MONTANEZ | Ramon M. Gonzalez, Esq. |
| [14] ALEXIS PEREZ-MELENDEZ | Juan F. Matos, Esq.* |
| [15] JESUS TORRES-COSS | Marie L. Cortes, Esq. |
| [16] JONATHAN TORRES-COSS | Lillian N. Miranda, Esq.* |
| [17] CARLOS ZAYAS-RODRIGUEZ | Jason Gonzalez, Esq. |
| [18] JUAN G. DIAZ-COLON | Miguel A. Rodriguez, Esq. |
| [19] GREGORIO ANGULO-ROSA | Miguel Oppenheimer, Esq. |
| [20] ANGEL BETANCOURT-FLORES | Juan E. Alvarez, Esq. |
| [21] LUIS M. HERNANDEZ-RAMOS | Jose R. Gaztambide, Esq. |
| [22] KENNETH CEDENO-RODRIGUEZ | Johnny Rivera, Esq. |
| [24] ANGEL M. RUIZ-ROBLES | Alex O. Rosa, Esq.* |
| [25] FELIX A. ROSARIO-GARCED | Leonardo M. Aldridge, Esq.* |
| [26] EMMANUEL FIGUEROA-CENTENO | Juan A. Albino, Esq. |
| [27] LUIS J. MARRERO-ORTIZ | Wilfredo Rios, Esq. |
| [28] REYNALDO RIOS-RODRIGUEZ | Marta T. Rey, Esq. |
| [29] JESEIKEN RODRIGUEZ-VAZQUEZ | Saul Roman, Esq. |
| [30] JUAN C. CLAUDIO-CERVERA | Jorge E. Vega, Esq. |
| [31] ONIX ROSARIO-DELGADO | Julie A. Soderlund, Esq. |
| [32] JOSE PADILLA-SANTIAGO | Kendys Pimentel, Esq.* |
| [33] CHRISTIAN CENTENO-ROSADO | Fernando O. Zambrana, Esq.* |
| [34] CHRISTIAN ROLDAN-COLON | Eduardo Ferrer, Esq. (excused) |

Hearing set for 2:30 PM
Hearing start at 2:33 PM
Hearing ended at 2:47 PM

```
[35] KESIA GONZALEZ-CLAUDIO            David Ramos, Esq.
[36] JEAN P. BENITEZ-REYES             Jose A. Arce-Diaz, Esq.
[37] JORGE L. NIEVES-COLON             Anita Hill, Esq.*
[38] CARLOS PEDRAZA-VAZQUEZ            Luis A. Rodriguez, Esq.
[39] JONATHAN HERNANDEZ-FLORES         Ian Carlos Garcia, Esq.*
[40] RICARDO ABEL RIVERA-SANTOS        Benito I. Rodriguez, Esq.
[41] JORGE L. ROQUE-CRUZ               David J. Colon, Esq.
[42] EMANUEL DIAZ-MARTINEZ             Melanie Carrillo, Esq.*
[43] VICTOR REYES-SANTIAGO             Antonio Bisbal, Esq. (excused)
[44] ERNESTO AROCHE-RIVERA             Diana Lopez, Esq.(excused)
================================================================
```

**FURTHER STATUS CONFERENCE HELD.**

The Court authorized the following substitutions: Attorney Saul Roman for Attorney Laura Maldonado; Attorney Marie Cortes for Attorney Mariangela Tirado; Attorney Miguel Oppenheimer for Attorneys Edgar Sanchez, Juan Matos and Alex Rosa; Attorney Ramon Gonzalez for Attorneys Leonardo Aldrige and Diana Lopez; Attorney Juan Alvarez for Attorney Fernando Zambrana; Attorney Jorge Vega for Attorney Eduardo Ferrer; Attorney David Colon for Attorneys Ian Garcia and Melanie Carrillo and Attorney Marta Rey for Attorney Antonio Bisbal.

- Following defendants remain fugitives in this case. Defendants 1, 2, 3, 4, 9, and 23.

- Motions at ECF docket entries 483, 484, 486 and 487 were noted and approved.

- The Court was informed the status of the case.

- Government advised that proffer meeting with defense attorneys are still ongoing. The parties continue plea negotiations. Evidence inspection took place.

- Attorney Marta Rey stated that made a request for individual discovery.

- Attorney Jason Gonzalez, representing defense counsels, stated that the voluminous discovery review is difficult with the clients have been transferred out of the jurisdiction.

Hearing set for 2:30 PM  
Hearing start at 2:33 PM  
Hearing ended at 2:47 PM

- The Court will coordinate meeting with MDC Warden and U.S. Marshals to inquire as to ability of defendants be returned to jurisdiction.
- The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference as case is multi-defendant and voluminous discovery.

**Further Conference set 05/13/2019 at 1:30 PM in Old San Juan Courtroom before Judge Daniel R. Dominguez.**

*S/ Ana M. Romero*  
Ana M. Romero  
Courtroom Deputy Clerk

(*) Counsel not present.