Hearing set for 1:30 PM<br>
Hearing start at 1:53 PM<br>
Hearing ended at 2:01 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero          Date: May 13, 2019

COURT REPORTER: Robin Dispenzieri          Case CR-17-0621 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | SAUSA Nadia Pineda |
| vs. | |
| [5] GERARDO RODRIGUEZ-GUZMAN | Mariangela Tirado, Esq. |
| [6] LUIS CATANO-LANDAN | Laura Maldonado, Esq. |
| [7] PEDRO J. CARRASQUILLO | Jose B. Velez, Esq. |
| [8] CARLOS J. REYES-ROSARIO | Edgar Sanchez, Esq.* |
| [10] CHRISTOPHER RIVERA-GOMEZ | Jose L. Novas, Esq.* |
| [11] JOSHUAN CASANOVA-LOPEZ | Jose C. Romo, Esq. |
| [12] JAVIER J. SUAREZ-ALVAREZ | Hector Dauhajre, Esq. |
| [13] PEDRO X. MONTANEZ | Ramon M. Gonzalez, Esq. |
| [14] ALEXIS PEREZ-MELENDEZ | Juan F. Matos, Esq. |
| [15] JESUS TORRES-COSS | Marie L. Cortes, Esq. |
| [16] JONATHAN TORRES-COSS | Lillian N. Miranda, Esq. |
| [17] CARLOS ZAYAS-RODRIGUEZ | Jason Gonzalez, Esq. |
| [18] JUAN G. DIAZ-COLON | Miguel A. Rodriguez, Esq. |
| [19] GREGORIO ANGULO-ROSA | Miguel Oppenheimer, Esq.* |
| [20] ANGEL BETANCOURT-FLORES | Juan E. Alvarez, Esq.* |
| [21] LUIS M. HERNANDEZ-RAMOS | Jose R. Gaztambide, Esq. |
| [22] KENNETH CEDENO-RODRIGUEZ | Johnny Rivera, Esq. |
| [24] ANGEL M. RUIZ-ROBLES | Alex O. Rosa, Esq. |
| [25] FELIX A. ROSARIO-GARCED | Leonardo M. Aldridge, Esq. |
| [26] EMMANUEL FIGUEROA-CENTENO | Juan A. Albino, Esq. |
| [27] LUIS J. MARRERO-ORTIZ | Wilfredo Rios, Esq. |
| [28] REYNALDO RIOS-RODRIGUEZ | Marta T. Rey, Esq. |
| [29] JESEIKEN RODRIGUEZ-VAZQUEZ | Saul Roman, Esq. |
| [30] JUAN C. CLAUDIO-CERVERA | Jorge E. Vega, Esq. |
| [31] ONIX ROSARIO-DELGADO | Julie A. Soderlund, Esq. |
| [32] JOSE PADILLA-SANTIAGO | Kendys Pimentel, Esq.* |
| [33] CHRISTIAN CENTENO-ROSADO | Fernando O. Zambrana, Esq. |
| [34] CHRISTIAN ROLDAN-COLON | Eduardo Ferrer, Esq. |
| [35] KESIA GONZALEZ-CLAUDIO | David Ramos, Esq. |

Hearing set for 1:30 PM<br>
Hearing start at 1:53 PM<br>
Hearing ended at 2:01 PM

| | |
|---|---|
| [36] JEAN P. BENITEZ-REYES | Jose A. Arce-Diaz, Esq.* |
| [37] JORGE L. NIEVES-COLON | Anita Hill, Esq. |
| [38] CARLOS PEDRAZA-VAZQUEZ | Luis A. Rodriguez, Esq. |
| [39] JONATHAN HERNANDEZ-FLORES | Ian Carlos Garcia, Esq. |
| [40] RICARDO ABEL RIVERA-SANTOS | Benito I. Rodriguez, Esq. |
| [41] JORGE L. ROQUE-CRUZ | David J. Colon, Esq. |
| [42] EMANUEL DIAZ-MARTINEZ | Melanie Carrillo, Esq. |
| [43] VICTOR REYES-SANTIAGO | Antonio Bisbal, Esq. |
| [44] ERNESTO AROCHE-RIVERA | Diana Lopez, Esq. |

================================================================

**FURTHER STATUS CONFERENCE HELD.**

The Court authorized the following substitutions: Attorney Melanie Carrillo for Attorney Jose Novas; Attorney Jason Gonzalez for Attorneys Miguel Oppenheimer Edgar Sanchez and Juan Alvarez; Attorney Anita Hill for Attorney Kendys Pimentel.

- Following defendants remain fugitives in this case. Defendants 1, 2, 3, 4, 9, and 23.

- The Court advised the parties that U.S. Marshal that defendants will be in the jurisdiction by May 27, 2019

- Government advised that proffer meeting with defense attorneys are still ongoing. Pending are 20 proffer meetings. Today an offer was extended as to all defendants.

- The Court granted 30 days to discuss the discovery and plea offer with clients.

- Attorney Marta Rey advised of pending discovery. SAUSA Pineda informed the status of the pending discovery.

- The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference as case is multi-defendant and voluminous discovery.

Hearing set for 1:30 PM
Hearing start at 1:53 PM
Hearing ended at 2:01 PM

**Further Conference set 07/11/2019 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez.**

<u>*S/ Ana M. Romero*</u>
Ana M. Romero
Courtroom Deputy Clerk

(*) Counsel not present.