Hearing set for 4:30 PM  
Hearing start at 4:52 PM  
Hearing ended at 5:06 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero     Date: July 15, 2019

COURT REPORTER: Lisa O'Brien         Case CR-17-0621 (DRD)

---

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Corinne Cordero |
| | AUSA Teresa Zapata |
| vs. | |
| [2] NELSON TORRES-DELGADO | Kehylis Y. Vazquez, Esq. |
| [5] GERARDO RODRIGUEZ-GUZMAN | Mariangela Tirado, Esq. |
| [6] LUIS CATANO-LANDAN | Laura Maldonado, Esq. |
| [7] PEDRO J. CARRASQUILLO | Jose B. Velez, Esq. |
| [8] CARLOS J. REYES-ROSARIO | Edgar Sanchez, Esq.* |
| [10] CHRISTOPHER RIVERA-GOMEZ | Jose L. Novas, Esq.* |
| [11] JOSHUAN CASANOVA-LOPEZ | Jose C. Romo, Esq.* |
| [12] JAVIER J. SUAREZ-ALVAREZ | Hector Dauhajre, Esq. |
| [13] PEDRO X. MONTANEZ | Ramon M. Gonzalez, Esq. |
| [14] ALEXIS PEREZ-MELENDEZ | Juan F. Matos, Esq.* |
| [15] JESUS TORRES-COSS | Marie L. Cortes, Esq. |
| [16] JONATHAN TORRES-COSS | Lillian N. Miranda, Esq.* |
| [17] CARLOS ZAYAS-RODRIGUEZ | Jason Gonzalez, Esq. |
| [18] JUAN G. DIAZ-COLON | Miguel A. Rodriguez, Esq. |
| [19] GREGORIO ANGULO-ROSA | Miguel Oppenheimer, Esq. |
| [20] ANGEL BETANCOURT-FLORES | Juan E. Alvarez, Esq.* |
| [21] LUIS M. HERNANDEZ-RAMOS | Jose R. Gaztambide, Esq. |
| [22] KENNETH CEDENO-RODRIGUEZ | Johnny Rivera, Esq. |
| [24] ANGEL M. RUIZ-ROBLES | Alex O. Rosa, Esq.* |
| [25] FELIX A. ROSARIO-GARCED | Leonardo M. Aldridge, Esq.* |
| [26] EMMANUEL FIGUEROA-CENTENO | Juan A. Albino, Esq. |
| [27] LUIS J. MARRERO-ORTIZ | Wilfredo Rios, Esq. |
| [28] REYNALDO RIOS-RODRIGUEZ | Marta T. Rey, Esq. |
| [29] JESEIKEN RODRIGUEZ-VAZQUEZ | Saul Roman, Esq. |
| [30] JUAN C. CLAUDIO-CERVERA | Jorge E. Vega, Esq. |
| [31] ONIX ROSARIO-DELGADO | Julie A. Soderlund, Esq.* |
| [32] JOSE PADILLA-SANTIAGO | Kendys Pimentel, Esq.* |
| [33] CHRISTIAN CENTENO-ROSADO | Fernando O. Zambrana, Esq. |
| [34] CHRISTIAN ROLDAN-COLON | Eduardo Ferrer, Esq.* |

Hearing set for 4:30 PM<br>
Hearing start at 4:52 PM<br>
Hearing ended at 5:06 PM

| | |
|---|---|
| [35] KESIA GONZALEZ-CLAUDIO | David Ramos, Esq. |
| [36] JEAN P. BENITEZ-REYES | Jose A. Arce-Diaz, Esq.* |
| [37] JORGE L. NIEVES-COLON | Anita Hill, Esq.* |
| [38] CARLOS PEDRAZA-VAZQUEZ | Luis A. Rodriguez, Esq.* |
| [39] JONATHAN HERNANDEZ-FLORES | Ian Carlos Garcia, Esq. |
| [40] RICARDO ABEL RIVERA-SANTOS | Benito I. Rodriguez, Esq. |
| [41] JORGE L. ROQUE-CRUZ | David J. Colon, Esq. |
| [42] EMANUEL DIAZ-MARTINEZ | Melanie Carrillo, Esq. |
| [43] VICTOR REYES-SANTIAGO | Antonio Bisbal, Esq. |
| [44] ERNESTO AROCHE-RIVERA | Diana Lopez, Esq. |

================================================================

**FURTHER STATUS CONFERENCE HELD.**

The Court authorized the following substitutions: Attorney Jason Gonzalez for Attorneys Edgar Sanchez and Juan Matos, Alex Rosa; Attorney Johnny Rivera for Attorney Jose Novas; Attorney Miguel Rodriguez for Julie Soderlund; Attorney Ian Garcia for Attorney Jose Arce; Attorney Ramon Gonzalez for Attorney Anita Hill and Attorney Antonio Bisbal for Attorney Luis Rodriguez.

- Government informed that co-defendant #2 was recently arrested, but the following defendants remain fugitives in this case. Defendants 1, 3, 4, 9, and 23.

- AUSA Cordero advised that this case was recently reassigned to her and is the process of evaluating counter offers plea offer and scheduling proffer meetings with defense attorneys.

- AUSA Cordero request at least 60 days to continue negotiations.

- Attorney Jose Gaztambide request further time for plea negotiations.

- Attorney Marta Rey advised that has received the individual discovery previously requested.

- The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference as case is multi-defendant and voluminous discovery and plea negotiations.

Hearing set for 4:30 PM  
Hearing start at 4:52 PM  
Hearing ended at 5:06 PM

**Pretrial Conference set 01/29/2020 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez.**

            *S/ Ana M. Romero*
            Ana M. Romero
            Courtroom Deputy Clerk

(*) Counsel not present.